1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 RONNIE McNABB,                                    1:08-cv-00173 LJO SMS HC

10                           Petitioner,            ORDER DISMISSING PETITION, WITHOUT
                                                    PREJUDICE

11          v.
                                                    [Doc. 6]
12
   WARDEN, C.S.P. CORCORAN,
13 BOARD OF PRISON TERMS,

14                           Respondent.
   _____/
15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17 pursuant to 28 U.S.C. § 2254.

18          Petitioner filed the instant petition for writ of habeas corpus on February 4, 2008.  On

19 February 22, 2008, the Court issued an order to show cause why the petition should not be

20 dismissed for lack of jurisdiction, as Petitioner failed to name a proper respondent.  (Court Doc.

21 5.)

22          On March 3, 2008, Petitioner filed a motion to dismiss the instant petition, without

23 prejudice.  (Court Doc. 6.)

24          Rule 41(a)(1) of the Rules of Civil Procedure states in relevant part:

25          Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the
            United States, an action may be dismissed by the plaintiff without order of court
26          (i) by filing a notice of dismissal at any time before service by the adverse party of
            an answer or of a motion for summary judgment, whichever first occurs.
27
            As Respondent has not filed a response in the instant action, the instant action may be
28

1  dismissed without order of court.  Accordingly, pursuant to Petitioner's request for dismissal, the

2  instant action is dismissed, without prejudice.

3  IT IS SO ORDERED.

4  **Dated:    March 4, 2008                              /s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28